State Court of Fulton County
**E-FILED**
20EV005210
9/11/2020 11:07 AM
LeNora Ponzo, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __FULTON_____ County

---

**For Clerk Use Only**

**Date Filed** _____          **Case Number** _____
        **MM-DD-YYYY**

---

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| DEMARCO, PAULINE | RAKMANOV, SHOAZIM |
| Last   First   Middle I.   Suffix   Prefix | Last   First   Middle I.   Suffix   Prefix |
| DEMARCO, JOSEPH | TRUCKING EXPERTS, LLC, RYDER INTEGRATED LOGISTICS, LLC |
| Last   First   Middle I.   Suffix   Prefix | Last   First   Middle I.   Suffix   Prefix |
| | AM TRANS EXPEDITE, LLC, NATIONAL LIABILITY & FIRE INSURANCE COMPANY |
| Last   First   Middle I.   Suffix   Prefix | Last   First   Middle I.   Suffix   Prefix |
| | OLD REPUBLIC INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY |
| Last   First   Middle I.   Suffix   Prefix | Last   First   Middle I.   Suffix   Prefix |

**Plaintiff's Attorney** DOUGLAS C. DUMONT          **State Bar Number** 232680          **Self-Represented** ☐

---

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**

- ☒ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

---

☐  Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
    **Case Number**                **Case Number**

☒  I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐  Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____  **Language(s) Required**

☐  Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Exhibit A          Version 1.1.20

Copy from re:SearchGA

State Court of Fulton County
**E-FILED**
20EV005210
9/11/2020 11:07 AM
LeNora Ponzo, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| PAULINE DEMARCO and | : | |
| JOSEPH DEMARCO, | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiffs, | : | |
| | : | |
| v. | : | _____ |
| | : | |
| SHOAZIM RAKMANOV, TRUCKING | : | |
| EXPERTS, LLC, RYDER INTEGRATED | : | |
| LOGISTICS, INC., AM TRANS EXPEDITE, | : | |
| LLC, NATIONAL LIABILITY & FIRE | : | |
| INSURANCE COMPANY, OLD REPUBLIC | : | |
| INSURANCE COMPANY, and | : | |
| ACE AMERICAN INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

## COMPLAINT FOR PERSONAL INJURIES

COME NOW, Pauline DeMarco and Joseph DeMarco, Plaintiffs, and hereby files this Complaint for Personal Injuries against Shoazim Rakmanov, Trucking Experts, LLC, Ryder Integrated Logistics, Inc., Am Trans Expedite, LLC, National Liability & Fire Insurance Company, Old Republic Insurance Company, and Ace American Insurance Company, Defendants, and shows the Court as follows.

## JURISDICTION AND VENUE

1.

Defendant Shoazim Rakmanov (hereinafter referred to as Defendant "RAKMANOV") is a resident of the State of California. Defendant RAKMANOV can be served with process as allowed by law, including under Georgia's Nonresident Motorist Act, as well as at his last known address of 379 Loma Drive, Apt. 105, Los Angeles, California 90017.

Copy from re:SearchGA

2.

Defendant Trucking Experts, LLC (hereinafter referred to as Defendant "TRUCKING EXPERTS") is a foreign corporation. Defendant TRUCKING EXPERTS maintains its principal place of business at 2130 W 163rd Place, Markham, IL 60428. Defendant TRUCKING EXPERTS can be served with process by and through its Registered Agent, Lucky Star Management, at 2130 W 163rd Place, Markham, Illinois 60428.

3.

Defendant Ryder Integrated Logistics, Inc. (hereinafter referred to as Defendant "RYDER") is a foreign corporation authorized to transact business in the state of Georgia. Defendant RYDER maintains its principal place of business at 11690 NW 105 St., Miami, FL 33178. Defendant RYDER can be served with process by and through its Registered Agent, Corporation Creations Network, at 2985 Gordy Parkway, 1st Floor, Cobb County, Marietta, Georgia, 30006.

4.

Defendant Am Trans Expedite, LLC (hereinafter referred to as Defendant "AM TRANS EXPEDITE") is a foreign corporation. Defendant AM TRANS EXPEDITE maintains its principal place of business at 710 W. Belden Ave., Addison, IL 60101. Defendant AM TRANS EXPEDITE can be served with process by and through its Registered Agent, Steven Ruffalo, at 200 S Wacker Dr., Suite 600, Chicago, Illinois 60606.

5.

Defendant National Liability & Fire Insurance Company is a foreign corporation that is authorized to transact business in the state of Georgia. Defendant National Liability & Fire

2

Copy from re:SearchGA

Insurance Company maintains its principal place of business at 1314 Douglas Street, Suite 1400, Omaha, NE 68102. Defendant National Liability & Fire Insurance Company may be served with process through its Registered Agent, Andrea Conarro, Esq., 70 Choice Ave., Dahlonega, Georgia 30533.

6.

Defendant Old Republic Insurance Company is a foreign corporation that is authorized to transact business in the state of Georgia. Defendant Old Republic Insurance Company maintains its principal place of business at 1314 Douglas Street, Suite 1400, Omaha, NE 68102. Defendant Old Republic Insurance Company may be served with process through its Registered Agent, Andrea Conarro, Esq., 70 Choice Ave., Dahlonega, Georgia 30533.

7.

Defendant Ace American Insurance Company is a foreign corporation that is authorized to transact business in the state of Georgia. Defendant Ace American Insurance Company maintains its principal place of business at 436 Walnut St., Philadelphia, PA 19106. Defendant Ace American Insurance Company may be served with process through its Registered Agent, CT Corporation System, 289 S Culver St., Lawrenceville, Georgia 30046.

8.

The act of negligence giving rise to this action occurred in Fulton County, Georgia.

9.

Jurisdiction and venue are proper in this Court.

3

Copy from re:SearchGA

FACTS

10.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

11.

On October 13, 2018, Defendant RAKMANOV, while acting incident to and within the course and scope of his agency or employment with Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE, was traveling southbound in the third lane from the right on I-285 in Fulton County, Georgia, in a truck owned by Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE.

12.

Defendant RAKMANOV was negligent in the operation of the tractor-trailer truck he was driving while acting within the course and scope of his agency or employment with Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE.

13.

Plaintiffs, who were also traveling southbound on I-285, were traveling in the second lane from the right, when Defendant RAKMANOV crossed into their lane of travel and crashed into Plaintiffs' vehicle.

14.

Defendant RAKMANOV, while acting incident to and within the course and scope of his agency or employment with Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS

4

Copy from re:SearchGA

EXPEDITE, struck Plaintiff's vehicle, violated the following provisions of Georgia law, and committed negligence *per se*:

(a)     Failure to maintain his lane, in violation of O.C.G.A § 40-6-48;

(b)     failing to use due care while driving, in violation of O.C.G.A. § 40-6-241;

(c)     operating his vehicle with reckless disregard for the safety of other persons on the roadway in violation of O.C.G.A. § 40-6-390;

(d)     failing to control his vehicle as to avoid a collision, in violation of the requirements of ordinary care and diligence; and,

(e)     such other specifications of negligence as shall be added by amendment or proven at trial.

15.

As a direct and proximate result of the negligence of the Defendants, Plaintiffs were injured, suffered, and will continue to suffer injuries, both physical and mental, and damages including medical expenses, future medical expenses, and other related expenses. Plaintiff Pauline DeMarco's medical expenses to date exceed $161,610.10. Plaintiff Joseph DeMarco's medical expenses to date exceed $27,506.02.

16.

The provisions of 49 CFR §301-399, commonly referred to as the "Federal Motor Carrier Safety Regulations" or "FMCSR" are applicable to this case, and Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE, and Defendant RAKMANOV, were required to obey these regulations at the time of this collision and at all relevant times prior to the collision.

5

Copy from re:SearchGA

17.

At all times relevant to this cause of action, Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE, and Defendant RAKMANOV, were subject to and required to obey the minimum safety standards established by the Federal Motor Carrier Safety Regulations (FMCSR) (49 CFR §301-399), either directly or as adopted by the State of Georgia.

18.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE, and Defendant RAKMANOV, violated certain provisions of the FMCSR, including, but not limited to 49 C.F.R. § 390.11.

19.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE, and Defendant RAKMANOV, will be shown at trial to have violated the Federal Motor Carrier Safety Regulations, which constitutes negligence *per se.*

20.

There was no act of Plaintiffs that contributed to the collision.

21.

There was no failure to act of Plaintiffs that contributed to the collision.

<u>COUNT ONE</u>

<u>NEGLIGENCE OF DEFENDANT RAKMANOV</u>

22.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

6

Copy from re:SearchGA

23.

Defendant RAKMANOV breached the duty of care owed to Plaintiffs. Defendant RAKMANOV's failure to operate his tractor-trailer truck in a safe and reasonable manner in violation of the laws of the State of Georgia constitutes negligence, and Defendant RAKMANOV's negligence was the direct and proximate cause of the subject collision and Plaintiffs' resulting injuries.

24.

Plaintiffs experienced shock, fright, and terror as a result of knowing that they were about to become involved in an unavoidable violent collision.

25.

Plaintiffs suffered physical injuries as a result of this collision, and they have suffered, continue to suffer, and will suffer physical and mental pain and anguish as a result of the collision.

26.

All of Plaintiffs' injuries, shock, fright, and mental and physical pain and suffering were solely and proximately caused by the tortious acts and omissions of Defendant RAKMANOV, who was an employee or agent of Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE.

27.

Plaintiffs are entitled to recover all of their special and general damages they suffered due to Defendant RAKMANOV'S negligence. Plaintiff Pauline DeMarco's medical expenses to date exceed $161,610.10. Plaintiff Joseph DeMarco's medical expenses to date exceed $27,506.02.

7

Copy from re:SearchGA

COUNT TWO

NEGLIGENCE *PER SE*-DEFENDANT RAKMANOV

28.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

29.

The tortious acts and omissions committed by Defendant RAKMANOV, while acting in his capacity as an employee or agent of Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE, which caused the subject collision and resulting injuries, include, but are not limited to, the following:

(a)     failure to maintain his lane, in violation of O.C.G.A. § 40-6-48;

(b)     failing to use due care while driving, in violation of O.C.G.A. § 40-6-241;

(c)     operating his vehicle with reckless disregard for the safety of other persons on the roadway in violation of O.C.G.A. § 40-6-390; and,

(d)     such other specifications of negligence *per se* as shall be added by amendment or proven at trial.

30.

Defendant RAKMANOV's violation of the above-referenced statutes constitutes negligence *per se*, and is the direct and proximate cause of the subject collision and Plaintiffs' resulting personal injuries.

8

Copy from re:SearchGA

31.

All of Plaintiffs' injuries, shock, fright, and mental and physical pain and suffering were solely and proximately caused by the *per se* tortious acts and omissions of Defendant RAKMANOV, who was an employee or agent of Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE.

32.

Plaintiffs are entitled to recover all of the special and general damages she suffered due to Defendant RAKMANOV'S negligence *per se*. Plaintiff Pauline DeMarco's medical expenses to date exceed $161,610.10. Plaintiff Joseph DeMarco's medical expenses to date exceed $27,506.02.

<u>COUNT THREE</u>

<u>RESPONDEAT SUPERIOR</u>

33.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

34.

At the time of the wreck, Defendant RAKMANOV was employed by or acting as an agent for Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE and was driving a vehicle owned by Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE.

35.

At the time of the wreck, Defendant RAKMANOV was acting within the course and scope of his employment or agency with Defendants TRUCKING EXPERTS, RYDER, and/or AM

9

Copy from re:SearchGA

TRANS EXPEDITE and was furthering the business interests of Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE.

36.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE are liable for the negligence of Defendant RAKMANOV and the resulting general and special damages sought by Plaintiffs based on the doctrine of respondeat superior.

<u>COUNT FOUR</u>

<u>NEGLIGENT HIRING, TRAINING, SUPERVISION, AND RETENTION</u>

37.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

38.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE failed to exercise ordinary care in the selection of Defendant RAKMANOV to carry out its business purpose, failed to train and supervise him in a proper manner, and continued to retain him as a driver despite the fact that Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE knew or should have known in the course of ordinary care that Defendant RAKMANOV was not suited or competent to drive a truck for Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE.

10

Copy from re:SearchGA

39.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE's negligent hiring, training, supervision, and retention of Defendant RAKMANOV, was a proximate cause of Plaintiffs' injuries and damages.

40.

Accordingly, Plaintiffs are entitled to recover all the specific and general damages they suffered due to Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE's negligent hiring, training, supervision, and retention of Defendant RAKMANOV.

<u>COUNT FIVE</u>

<u>NEGLIGENT ENTRUSTMENT</u>

41.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

42.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE negligently entrusted Defendant RAKMANOV with the operation of the tractor trailer at issue to carry out its business interests with knowledge that Defendant RAKMANOV would be likely to use the tractor trailer in a manner involving unreasonable risk of physical harm to others whom Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE should have expected to be endangered by its use.

43.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE's

11

Copy from re:SearchGA

negligent entrustment of the subject tractor trailer was a proximate cause of Plaintiffs' injuries and damages.

44.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE are liable for the negligence of Defendant RAKMANOV and the resulting damages sought by Plaintiffs based on Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE's negligent entrustment of its vehicle to Defendant RAKMANOV.

COUNT SIX

DEFENDANTS' VIOLATION OF FEDERAL REGULATIONS

45.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

46.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE had a duty to promulgate and enforce rules and regulations to ensure its drivers and vehicles were reasonably safe, and it negligently failed to do so.

47.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE, through its agents and employees, knew, or should have known by exercising reasonable care, about the risks set forth in this complaint and that, by simply exercising reasonable care, these risks would be reduced or eliminated. These risks include, but are not limited to:

     a.   The risks associated with unsafe drivers;

12

Copy from re:SearchGA

b.   The risks associated with medically disqualified drivers;

c.   The risks associated with fatigued drivers;

d.   The risks associated with violations of the hours of service regulations;

e.   The risks associated with the violation of proper maintenance standards;

f.   The risks associated with failing to train drivers to obey the FMCSR;

g.   The risks associated with failing to have adequate risk management policies and procedures in place;

h.   The risks associated with failing to have policies and procedures in place to identify undertrained and unqualified drivers;

i.   The risks associated with failing to identify from prior wrecks, similar to the one in question, a root cause and implement policies, procedures, protocols, and practices to effectively reduce or eliminate the risk prior to the wreck in the question;

j.   The risks associated with failing to appropriately implement and enforce risk management policies and procedures to identify the risks described above;

k.   The risks associated with failing to appropriately implement and enforce risk management policies and procedures to reduce and eliminate the risks described above;

l.   The risks associated with failure to appropriately implement and enforce risk management policies and procedures to monitor and assess Defendant RAKMANOV once he was hired;

m.  The risks associated with failing to implement and follow a written safety plan;

13

Copy from re:SearchGA

n.  The risks associated with failing to protect the members of the public, such as the Plaintiffs, from the risks described above; and

o.  The risks associated with failing to use the composite knowledge reasonably available to Defendants to analyze the data available to it to identify the risks, take steps to reduce or eliminate those risks, and to protect members of the public from those risks.

48.

At all times relevant hereto, Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE was acting by and through its employees/agents, and it is responsible for the acts of those employees and agents as set forth in the FMCSR, or similar theory of law. Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE and Defendant RAKMANOV violated numerous provisions of the FMCSR, including, but not limited to, 49 C.F.R. § 390.11, which constitutes negligence *per se*.

49.

Defendants TRUCKING EXPERTS, RYDER, and/or AM TRANS EXPEDITE's negligence, either solely or combined and concurring with the negligent acts of Defendant RAKMANOV, was the proximate cause of the injuries and damages sustained by Plaintiffs.

COUNT SEVEN

DIRECT ACTION – DEFENDANT INSURANCE COMPANIES

50.

Defendant National Liability & Fire Insurance Company is joined as a party Defendant pursuant to O.C.G.A. § 40-2-140, because Defendant National Liability & Fire Insurance

14

Copy from re:SearchGA

Company is an insurance carrier for Defendant TRUCKING EXPERTS, a motor carrier as defined in said code section. Accordingly, Defendant National Liability & Fire Insurance Company is contractually liable under its coverage by virtue of the liability of Defendant TRUCKING EXPERTS and Defendant RAKMANOV, its insured.

51.

Defendant Old Republic Insurance Company is joined as a party Defendant pursuant to O.C.G.A. § 40-2-140, because Defendant Old Republic Insurance Company is an insurance carrier for Defendant RYDER, a motor carrier as defined in said code section. Accordingly, Defendant Old Republic Insurance Company is contractually liable under its coverage by virtue of the liability of Defendant RYDER and Defendant RAKMANOV, its insured.

52.

Defendant Ace American Insurance Company is joined as a party Defendant pursuant to O.C.G.A. § 40-2-140, because Defendant Ace American Insurance Company is an insurance carrier for Defendant AM TRANS EXPEDITE, a motor carrier as defined in said code section. Accordingly, Defendant Ace American Insurance Company is contractually liable under its coverage by virtue of the liability of Defendant AM TRANS EXPEDITE and Defendant RAKMANOV, its insured.

COUNT EIGHT

PUNITIVE DAMAGES

53.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

15

Copy from re:SearchGA

54.

Plaintiffs are entitled to recover punitive damages from Defendants because Defendants' actions, as enumerated herein, show gross negligence which evidences a willful, wanton, or reckless disregard for the safety of others.

<u>COUNT NINE</u>

<u>ATTORNEY'S FEES AND EXPENSES OF LITIGATION</u>

<u>PURSUANT TO O.C.G.A. § 13-6-11</u>

55.

Plaintiffs incorporate herein by reference the allegations contained in the foregoing paragraphs.

56.

Defendants have acted in bad faith, have been stubbornly litigious, and/or have caused Plaintiffs unnecessary trouble and expense. Plaintiffs are, therefore, entitled to recover reasonable attorney's fees and expenses of litigation from Defendants in an amount to be determined at trial.

WHEREFORE, Plaintiffs pray for the following:

a)      That Summons be issued and served upon Defendants as provided by law;

b)      That all issues herein be tried before a jury;

c)      That Plaintiffs have judgment entered in their favor and against Defendants for all damages recoverable at law;

d)      That Plaintiffs be awarded attorney's fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11 in an amount to be determined at trial;

16

Copy from re:SearchGA

e)    That Plaintiffs be awarded Punitive Damages against Defendants in an

amount sufficient to deter Defendants from such further conduct;

f)    That all costs of this action be cast against Defendants; and

g)    That Plaintiffs have such other relief as is just and proper.

Respectfully submitted,

AUSBAND & DUMONT

*/s/Douglas C. Dumont//*
Andrew C. Ausband
Georgia Bar No. 028602
Douglas C. Dumont
Georgia Bar No. 232680
Kathryn W. Carpenter
Georgia Bar No. 576164

*Attorneys for Plaintiffs*

825 Fairways Court, Suite 300
Stockbridge, GA 30281
(678) 593-3000
(678) 593-3015 Facsimile
andyausband@ausbandlaw.com
dougdumont@ausbandlaw.com
kcarpenter@ausbandlaw.com

17

Copy from re:SearchGA

State Court of Fulton County
**E-FILED**
20EV005210
9/11/2020 1:35 PM
LeNora Ponzo, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: 20EV005210

PAULINE DEMARCO and

JOSEPH DEMARCO

Plaintiff's Name, Address, City, State, Zip Code

vs.

ACE AMERICAN

INSURANCE COMPANY

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | ************ |
| [X] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: DOGLAS C. DUMONT

Address: 825 FAIRWAYS COURT, SUITE 300

City, State, Zip Code: STOCKBRIDGE, GA 30281    Phone No.: 678-593-3000

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.    _____
                                                                                                        DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

**State Court of Fulton County**
**\*\*E-FILED\*\***
**20EV005210**
**9/11/2020 1:35 PM**
**LeNora Ponzo, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: 20EV005210

PAULINE DEMARCO and

JOSEPH DEMARCO

Plaintiff's Name, Address, City, State, Zip Code

vs.

AM TRANS EXPEDITE, LLC

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [X] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: DOGLAS C. DUMONT

Address: 825 FAIRWAYS COURT, SUITE 300

City, State, Zip Code: STOCKBRIDGE, GA 30281          Phone No.: 678-593-3000

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.          _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

State Court of Fulton County
**E-FILED**
20EV005210
9/11/2020 1:35 PM
LeNora Ponzo, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: 20EV005210

PAULINE DEMARCO and

JOSEPH DEMARCO

Plaintiff's Name, Address, City, State, Zip Code

vs.

NATIONAL LIABILITY & FIRE

INSURANCE COMPANY

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [X] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: DOGLAS C. DUMONT

Address: 825 FAIRWAYS COURT, SUITE 300

City, State, Zip Code: STOCKBRIDGE, GA 30281          Phone No.: 678-593-3000

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

  Served, this _____ day of _____, 20_____.          _____
                                                                                        DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.      _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

**State Court of Fulton County**
**\*\*E-FILED\*\***
**20EV005210**
**9/11/2020 1:35 PM**
**LeNora Ponzo, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: 20EV005210

PAULINE DEMARCO and

JOSEPH DEMARCO

Plaintiff's Name, Address, City, State, Zip Code

vs.

OLD REPUBLIC

INSURANCE COMPANY

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ X ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: DOGLAS C. DUMONT

Address: 825 FAIRWAYS COURT, SUITE 300

City, State, Zip Code: STOCKBRIDGE, GA 30281          Phone No.: 678-593-3000

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.      _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.      _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

**State Court of Fulton County**
**\*\*E-FILED\*\***
**20EV005210**
**9/11/2020 1:35 PM**
**LeNora Ponzo, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: 20EV005210

PAULINE DEMARCO and

JOSEPH DEMARCO

Plaintiff's Name, Address, City, State, Zip Code

vs.

SHOAZIM RAKMANOV

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [  ] ACCOUNT | PRINCIPAL $_____ |
| [  ] CONTRACT | |
| [  ] NOTE | INTEREST $_____ |
| [ X ] TORT | |
| [  ] PERSONAL INJURY | ATTY. FEES $_____ |
| [  ] FOREIGN JUDGMENT | |
| [  ] TROVER | COURT COST $_____ |
| [  ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ X ] NEW FILING | |
| [  ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

 You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: DOGLAS C. DUMONT

Address: 825 FAIRWAYS COURT, SUITE 300

City, State, Zip Code: STOCKBRIDGE, GA 30281          Phone No.: 678-593-3000

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.     _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

State Court of Fulton County
**E-FILED**
20EV005210
9/11/2020 1:35 PM
LeNora Ponzo, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: 20EV005210

PAULINE DEMARCO and

JOSEPH DEMARCO

Plaintiff's Name, Address, City, State, Zip Code

vs.

RYDER INTEGRATED

LOGISTICS, INC.

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ X ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |

************

[ X ] NEW FILING
[ ] RE-FILING: PREVIOUS CASE NO. _____

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: DOGLAS C. DUMONT

Address: 825 FAIRWAYS COURT, SUITE 300

City, State, Zip Code: STOCKBRIDGE, GA 30281          Phone No.: 678-593-3000

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

***SERVICE INFORMATION:***

Served, this _____ day of _____, 20_____.       _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

**State Court of Fulton County**
**\*\*E-FILED\*\***
**20EV005210**
**9/11/2020 1:35 PM**
**LeNora Ponzo, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**                          DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**          CIVIL ACTION FILE #: 20EV005210
Civil Division

PAULINE DEMARCO and

JOSEPH DEMARCO

Plaintiff's Name, Address, City, State, Zip Code

vs.

TRUCKING EXPERTS, LLC

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [X] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:
Name: DOGLAS C. DUMONT
Address: 825 FAIRWAYS COURT, SUITE 300
City, State, Zip Code: STOCKBRIDGE, GA 30281          Phone No.: 678-593-3000

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*
 Served, this _____ day of _____, 20_____.
          _____
          DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA