## Ami Barker

| | |
|---|---|
| **From:** | Doug Dumont |
| **Sent:** | Tuesday, August 17, 2021 3:13 PM |
| **To:** | Grant B. Smith; Nicholas D. Bedford |
| **Cc:** | Mercy S. Beard; Andy Ausband; Ami Barker |
| **Subject:** | Fwd: Claim No 524453   54-14144 Pauline Demarco and Joseph Demarco v. Shoazim Rakmanov, Trucking Experts, LLC., Ryder Integrated Logistics, Inc., AM Trans Expedite, LLC, National Lia |
| **Attachments:** | Authorization Form-Pauline Demarco.pdf; Letter from VA req. records-J. Demarco.pdf; Dept. Veterans Affairs-Autho to release health info-J. Demarco.pdf |

Grant and Nic,

I am sure you all have read the Court's order with regard to your participation in the case. For example, "The Court also reminded legal counsel of his professional obligation to withdraw if he could not communicate with his clients." You all do not represent anyone in this case. You do not have an attorney-client relationship with the remaining defendants in this case. You all do not have the defendants' consent to do anything in this case.

We would ask you to voluntarily withdraw from this case. If you insist on pushing forward with discovery, then let's set up a time to discuss. If we are forced to file another motion, then we will ask the Court for sanctions. We would much rather do this without the Court's involvement, so please let us know your position.  Thank you,

Doug
Douglas C. Dumont
Ausband & Dumont
Atlanta-Stockbridge
678-593-3000 (t)
678-593-3015 (f)
www.ausbandlaw.com
dougdumont@ausbandlaw.com

# EXHIBIT A