LAW OFFICES
# DENNIS, CORRY, SMITH & DIXON, L.L.P.

900 CIRCLE 75 PARKWAY, SUITE 1400
ATLANTA, GEORGIA 30339
www.dcplaw.com

TELEPHONE (404) 926-3658     GRANT B. SMITH
FACSIMILE (404) 365-0134     Gbs@dcplaw.com

October 13, 2020

**VIA E-MAIL:  andyausband@ausbandlaw.com**

Mr. Andrew C. Ausband
Ausband & Dumont
825 Fairways Court, Suite 300
Stockbridge, GA  30281

      Re:    Pauline DeMarco and Joseph DeMarco v. Shoazim Rakmanov, Trucking Experts, LLC, Ryder Integrated Logistics, Inc., AM Trans Expedite, LLC, National Liability & Fire Insurance Company, Old Republic Insurance Company, and Ace American Insurance Company
             State Court of Fulton County, Georgia
             Civil action file number 20EV005210
             Date of Loss   :   10/13/18
             Our File No.   :   54-14144 (GBS)

Dear Andy:

    I got your October 13, 2020 demand via e-mail but have not received your package via Federal Express.  The demand claims medical expenses for Pauline Demarco totaling $163,036.10 and future medical expenses of $145,000.00 for an ACDF surgery for neck pain, head pain, ear pain, and chest pain.  The demand referenced medical records for Pauline DeMarco from Piedmont Fayette Hospital, Atlantic Cod ER Physicians, Piedmont South Imaging, Piedmont Fayette Physicians, Regenerative Ortho & Spine, ROSI Surgery Center, Northside Radiology Associates, Restoration Neurology, Women's Imaging Center, Fayette Professional Center for PT, American Health Imaging, Piedmont Henry for Surgery and Henry Anesthesia.  The demand also referenced October 23, 2018 left and right shoulder and cervical MRIs, a November 15, 2018 brain MRI and diffuse tension imaging, cervical injections, a March 20, 2020 right shoulder MRI, and multiple prescriptions.

    However, the demand and Dropbox link did not include any records for Mrs. Demarco

    The demand claims medical expenses for Joseph Demarco totaling $37,126.08 for shoulder pain, neck pain and low back pain.  The demand referenced records from Piedmont Fayette Hospital, Atlantic Cod ER Physicians, Piedmont South Imaging, Piedmont Fayette PT, Regenerative Ortho & Spine, and Northside Radiology Associates.  The demand also referenced

# EXHIBIT C

Andrew C. Ausband, Esq.
October 13, 2020
Page 2

November 2, 2018 cervical, left and right shoulder and lumbar MRIs and a prescription for Tramadol.

Documents attached to the demand included the following bills for Joseph Demarco: GA EM bill for $1,485.00, Northside Radiology Associates for $983.00 and $674.00, Piedmont bills for $9,635.00, $2,119.02, $3,825.00, $3,060.04, a Piedmont South Bill, and a bill from Regenerative Ortho.

The documents also included records from Piedmont Fayette and Regenerative Ortho. Records from Regenerative Ortho indicate Mr. Demarco filled prescriptions at Walgreens, 780 Glynn Street North, Fayetteville, Georgia 30214.

National Liability & Fire Insurance Company does not have enough information to respond to your demand. Please send me Mrs. Demarco's medical records and bills. Please send me all diagnostic films referenced in Mr. and Mrs. Demarco's medical records. Please send me pharmacy records referenced in Mr. and Mr. Demarco's medical records. Finally, please let me know if Mr. or Mrs. Demarco ever suffered similar injuries in the past and send me medical records documenting the same.

Please extend the deadline for National Liability to respond to your demand until 30 days after you produce the records I requested.

                                                 Sincerely yours,

                                                 *Grant B. Smith*

                                                 GRANT B. SMITH
                                                 For the Firm

GBS/gbs