## AUSBAND & DUMONT
ATTORNEYS AT LAW

TOWER PLACE
SUITE 1800
3340 PEACHTREE ROAD, N.E.
ATLANTA, GEORGIA 30326
TELEPHONE: 404/812-0051

825 FAIRWAYS COURT, SUITE 300
STOCKBRIDGE, GEORGIA 30281
TELEPHONE: 678/593-3000
TELEFAX: 678/593-3015

**REPLY TO: STOCKBRIDGE ADDRESS**

ANDREW C. AUSBAND　　　　　　　　　　　　　　　　　　ANDYAUSBAND@AUSBANDLAW.COM
DOUGLAS C. DUMONT　　　　　　　　　　　　　　　　　　DOUGDUMONT@AUSBANDLAW.COM
KATHRYN W. CARPENTER　　　　　　　　　　　　　　　　KCARPENTER@AUSBANDLAW.COM

October 22, 2020

Mr. Grant B. Smith, Esq.　　　　　　　　　　*Via Email: Gbs@dcplaw.com*
Dennis, Corry, Smith & Dixon, LLP
900 Circle 75 Parkway, Suite 1400
Atlanta, GA 30339

Dear Grant,

We received your October 13, 2020, letter. First, we had three separate people in our office check to see if the records were in Dropbox, and all three were able to pull them up. In addition, we sent the records to you via FedEx, which was received by your office on October 14, 2020.

Second, National Liability & Fire Insurance Company has more than enough information to not only evaluate the demand, but to pay the policy limits as demanded. As you list in your letter, we provided you with the following:

1. Medical expenses for Pauline Demarco totaling $163,036.10 and future medical expenses of $145,000.00 for an ACDF surgery for neck pain, head pain, ear pain, and chest pain;

2. Medical records for Pauline DeMarco from Piedmont Fayette Hospital, Atlantic Cod ER Physicians, Piedmont South Imaging, Piedmont Fayette Physicians, Regenerative Ortho & Spine, ROSI Surgery Center, Northside Radiology Associates, Restoration Neurology, Women's Imaging Center, Fayette Professional Center for PT, American Health Imaging, Piedmont Henry for Surgery and Henry Anesthesia;

3. October 23, 2018 left and right shoulder and cervical MRIs, a November 15, 2018 brain MRI and diffuse tension imaging, cervical injections, a March 20, 2020 right shoulder MRI, and multiple prescriptions;

4. Medical expenses for Joseph Demarco totaling $37,126.08 for shoulder pain, neck pain and low back pain;

# EXHIBIT D

5. Medical records from Piedmont Fayette Hospital, Atlantic Cod ER Physicians, Piedmont South Imaging, Piedmont Fayette PT, Regenerative Ortho & Spine, and Northside Radiology Associates;

6. Cervical, left and right shoulder and lumbar MRIs and a prescription for Tramadol; and

7. Bills for Joseph Demarco: GA EM bill for $1,485.00, Northside Radiology Associates for $983.00 and $674.00, Piedmont bills for $9,635.00, $2,119.02, $3,825.00, $3,060.04, a Piedmont South Bill, and a bill from Regenerative Ortho.

In light of this information and the records provided, National Liability & Fire Insurance Company should tender its policy limits to avoid endangering its insured's financial well-being. Should National Liability & Fire Insurance Company decide to not pay its policy limits as demanded in our October 13, 2020 demand letter and decide instead to gamble with its insured's funds, then they will be acting in bad faith and contrary to their duties under Georgia law. *See*, *e.g.*, *United States Fidelity & Guaranty Co. v. Evans*, 116 Ga. App. 93, 95, 156 S.E.2d 809, 811 (1967) (*quoting* 7A Appleman, *Insurance Law and Practice* 533, § 4711); *McCall v. USAA Ins. Co.*, 251 Ga. 869, 870, 310 S.E.2d 513, 514 (1984).

We look forward to receiving your response.

Sincerely yours,

Douglas C. Dumont
For the Firm