LAW OFFICES
# DENNIS, CORRY, SMITH & DIXON, L.L.P.
900 CIRCLE 75 PARKWAY, SUITE 1400
ATLANTA, GEORGIA 30339
www.dcplaw.com

TELEPHONE (404) 926-3688  
FACSIMILE (404) 365-0134

NICHOLAS D. BEDFORD  
nbedford@dcplaw.com

April 12, 2021

**VIA E-MAIL:  dougdumont@ausbandlaw.com**

Doug Dumont, Esq.  
Ausband & Dumont  
825 Fairways Court, Suite 300  
Stockbridge, GA  30281

Re: Pauline DeMarco and Joseph DeMarco v. Shoazim Rakmanov, Trucking Experts, LLC, Ryder Integrated Logistics, Inc., AM Trans Expedite, LLC, National Liability & Fire Insurance Company, Old Republic Insurance Company, and Ace American Insurance Company
State Court of Fulton County, Georgia
Civil action file number 20EV005210
Date of Loss   :   10/13/18
Our File No.   :   54-14144 (GBS)

Dear Doug:

I received Plaintiffs' Offer of Settlement for $1,250,000.00. March 12, 2021.  Plaintiffs' offer exceeds National Liability & Fire Insurance Company's ("National Liability") $1 million policy limits. Plaintiffs did not produce enough information for National Liability to fairly evaluate your offer and asks you to extend the deadline.

Plaintiff Pauline Demarco claimed medical expenses totaling $163,036.10 and future medical expenses of $145,000.00 for an ACDF surgery for neck pain, head pain, ear pain, and chest pain in her discovery responses.  Plaintiff Joseph Demarco claims medical expenses totaling $37,126.08 for shoulder pain, neck pain and low back pain in his discovery responses.  Both sets of discovery responses did not include any documentation including any records for past or future medical treatment.

Plaintiffs' October 13, 2020 demand referenced medical records for Pauline DeMarco from Piedmont Fayette Hospital, Atlantic Cod ER Physicians, Piedmont South Imaging, Piedmont Fayette Physicians, Regenerative Ortho & Spine, ROSI Surgery Center, Northside Radiology Associates, Restoration Neurology, Women's Imaging Center, Fayette Professional Center for PT, American Health Imaging, Piedmont Henry for Surgery and Henry Anesthesia.  This demand also referenced an October 23, 2018 left and right shoulder and cervical MRIs, a November 15, 2018 brain MRI and diffuse tension imaging, cervical injections, a March 20, 2020 right shoulder MRI, and multiple prescriptions. Plaintiff's demand did not include any medical records for Mrs. Demarco for past or future medical treatment.

# EXHIBIT F

«Recipient_full_name»
«current_date_long»
Page 2

The October 13, 2020, demand referenced records for Joseph DeMarco from Piedmont Fayette Hospital, Atlantic Cod ER Physicians, Piedmont South Imaging, Piedmont Fayette PT, Regenerative Ortho & Spine, and Northside Radiology Associates. The demand also referenced November 2, 2018 cervical, left and right shoulder and lumbar MRIs and a prescription for Tramadol.

Documents attached to the demand included the following bills for Joseph Demarco: GA EM bill for $1,485.00, Northside Radiology Associates for $983.00 and $674.00, Piedmont bills for $9,635.00, $2,119.02, $3,825.00, $3,060.04, a Piedmont South Bill, and a bill from Regenerative Ortho.

The documents also included records from Piedmont Fayette and Regenerative Ortho. Records from Regenerative Ortho indicate Mr. Demarco filled prescriptions at Walgreens, 780 Glynn Street North, Fayetteville, Georgia 30214.

Please send me Mrs. Demarco's medical records and bills. Please send me all diagnostic films referenced in Mr. and Mrs. Demarco's medical records. Please send me pharmacy records referenced in Mr. and Mr. Demarco's discovery and medical records. Finally, please let me know if Mr. or Mrs. Demarco ever suffered similar injuries in the past and send me medical records documenting the same.

Based on information currently available, National Liability will offer Plaintiffs $300,000.00 to settle all claims arising from this collision and lawsuit. If you accept, Plaintiffs must satisfy all valid liens from the settlement proceeds and give National Liability releases and indemnity agreements, medical lien affidavits, and dismiss the lawsuit with prejudice. National Liability is willing to mediate but is in no way signally a midpoint for settlement.

Sincerely yours,

*Nicholas D. Bedford*

NICHOLAS D. BEDFORD
For the Firm

NDB/ndb