**Ausband & Dumont**

ATTORNEYS AT LAW

TOWER PLACE
SUITE 1800
3340 PEACHTREE ROAD, N.E.
ATLANTA, GEORGIA 30326
TELEPHONE: 404/812-0051
TELEFAX: 404/812-0066

825 FAIRWAYS COURT, SUITE 300
STOCKBRIDGE, GEORGIA 30281
TELEPHONE: 678/593-3000
TELEFAX: 678/593-3015

Reply to: Stockbridge Address

ANDREW C. AUSBAND                                                                                   KATHRYN W. CARPENTER
DOUGLAS C. DUMONT

April 16, 2021

Nicholas D. Bedford, Esq.
900 Circle 75 Parkway, Suite 1400
Atlanta, GA 30339

<u>***Via Email Only***</u>

      RE:   *DEMARCOS V. SHOAZIM RAKMANOV, TRUCKING EXPERTS, LLC, ET AL.*

Mr. Bedford:

     I am in receipt of your letter dated April 12, 2021, and quite frankly, I am at a loss. I have to imagine it was sent by mistake because it is a bizarre combination of plagiarizing Grant Smith's October 13, 2020, letter to Andy Ausband, and false statements.

     With regard to the plagiarizing, at least half of your letter repeated verbatim Grant Smith's October 13, 2020, letter to Andy. I have attached a copy of your letter with the copied portions highlighted. Other portions were simply moved around or added "in her discovery responses" but are essentially a copy.

     As to the false claims, you first claim, "Plaintiffs did not produce enough information for National Liability to fairly evaluate your offer." Then, "[b]oth sets of discovery responses did not include any documentation including any records for past or future medical treatment." Finally, you write, "Plaintiff's demand did not include any medical records for Mrs. Demarco for past or future medical treatment." These three statements are demonstrably false.

     Your office had has the DeMarco's medical records for over 6 months. Here is the proof:

10/13/2020 – we sent demand via email to you and Grant Smith with the DropBox link attached. We also sent demand via FedEx with disc with records & bills that was delivered to your office the next day.

# EXHIBIT G

February 4, 2021
Page 2

10/14/2020 – we again confirmed the DropBox link worked and that all records and bills were saved properly.

10/14/2020 – my office emailed Bre Magee in your office and confirmed the DropBox link did contain all records and the FedEx was being delivered to your office that day with a disc (with the exhibits, ie: records & bills)

10/22/2020 – your office has forwarded all of Pauline DeMarco's records & bills to its expert Dr. Gower. Defendants' 3/5/2021 expert disclosure contains a screenshot proving Dr. Gower had all these records and bills by 10/22/2020.

1/15/2021 – Plaintiffs responded to discovery via statutory electronic service with DropBox link to all records and bills.

2/19/2021- our office emailed Janice (and copied you) and resent her the DropBox link. We asked her to please advise if she also needed the hard copies mailed. Janice confirmed receipt and did not request hard copies.

2/26/2021- we responded to Ryder's discovery via Statutory Electronic Service. Your office was copied and a link to all records were included.

    Our office has sent the records you claim you don't have on at least five occasions! And you clearly have them because you sent them to your expert six (6) months ago. National Liability's purported excuses for not accepting the offer have no basis in fact.

    Defendants' conduct in this case has been puzzling at best and continues to demonstrate a failure to appreciate how bad of a position Defendants are in. Defendants' Motion to Dismiss will fail, and the Court will sanction Defendants. And Plaintiffs have just now received their first offer in this case, which is less than their past and future medical bills? As we discussed on the phone two weeks ago, if Defendants did not accept this offer, then we would resend one for a higher amount. I am sure you advised them of this, so please let them know they can expect the increased demand next week as promised.

                                        Sincerely yours,

                                        Douglas C. Dumont
                                        For the Firm

cc:  Grant Smith, Esq. (*via email only*)