# IN THE UNITED STATED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAULINE DEMARCO and ) <br> JOSEPH DEMARCO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHOAZIM RAKMANOV and TRUCKING ) <br> EXPERTS, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br><br> 1:20-cv-04256-SDG |

## PLAINTIFFS' OFFER OF SETTLEMENT
## PURSUANT TO O.C.G.A. § 9-11-68

COME NOW PLAINTIFFS, and pursuant to O.C.G.A. § 9-11-68, hereby serve this Offer of Settlement upon SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC.

1.

PLAINTIFFS hereby offer, pursuant to O.C.G.A. § 9-11-68, to enter into an agreement to dismiss all claims asserted by PLAINTIFFS in the above-styled action against SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC, in consideration of the sum of $1,500,000.00. O.C.G.A. § 9-11-68(a)(1).

2.

EXHIBIT I

PLAINTIFFS make this Offer of Settlement, by and through their counsel of record to SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC, by and through their counsel of record. O.C.G.A. § 9-11-68(a)(2).

3.

This Offer of Settlement is made in an attempt to resolve all claims against SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC, asserted in and arising from the above-styled action, in which PLAINTIFFS seek to recover damages for injuries they sustained when DEFENDANT SHOAZIM RAKMANOV caused a violent collision and sideswiped PLAINTIFFS' vehicle in Fulton County, GA, on October 13, 2018. O.C.G.A. § 9-11-68(a)(3).

4.

PLAINTIFFS will execute the attached general release and settlement agreement, and they will dismiss the above-styled action against SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC, with prejudice upon receipt of the settlement funds. O.C.G.A. § 9-11-68(a)(4).

5.

The total amount that PLAINTIFFS will accept to settle this matter is $1,500,000.00. O.C.G.A. § 9-11-68(a)(5).

6.

The settlement sum of $1,500,000.00 for PLAINTIFFS includes settlement of any claim for punitive damages. O.C.G.A. § 9-11-68(a)(6).

7.

The settlement sums of $1,500,000.00 for PLAINTIFFS includes settlement of any claims for attorney's fees and expenses. O.C.G.A. § 9-11-68(a)(6).

8.

The complaint in this action sets forth a tort claim for monetary damages. If DEFENDANTS SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC, reject or do not accept this Offer of Settlement, and the judgment finally obtained by PLAINTIFFS is greater than 25% more favorable than this Offer of Settlement, DEFENDANTS SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC, shall pay PLAINTIFFS' reasonable attorney's fees and costs incurred after the rejection of this Offer of Settlement. O.C.G.A. § 9-11-68(b)(2).

9.

This Offer of Settlement shall remain open for thirty (30) days. Acceptance or rejection of this Offer of Settlement by DEFENDANTS SHOAZIM RAKMANOV and TRUCKING EXPERTS, LLC, must be in writing and served upon PLAINTIFFS. This Offer of Settlement shall be deemed rejected if it is neither withdrawn nor accepted within thirty (30) days. O.C.G.A. § 9-11-68(c).

10.

The Certificate of Service is attached, and the Offer of Settlement is being served by statutory overnight delivery. O.C.G.A. § 9-11-68(a)(8).

Respectfully submitted, this 25th day of August, 2021.

                                  AUSBAND & DUMONT

                                  */s/ Douglas C. Dumont//*
Andrew C. Ausband
Georgia Bar No. 028602
Douglas C. Dumont
Georgia Bar No. 232680
Kathryn W. Carpenter
Georgia Bar No. 576164

*Attorneys for Plaintiffs*

825 Fairways Court
Suite 300
Stockbridge, GA 30281
(678) 593-3000
(678) 593-3015 Facsimile
andyausband@ausbandlaw.com
dougdumont@ausbandlaw.com
kcarpenter@ausbandlaw.com

## CERTIFICATE OF SERVICE and COMPLIANCE WITH LR 5.1B

I do hereby certify that I served a copy of the foregoing pleading by electronic service and/or sending a copy thereof by Statutory Overnight Delivery to counsel of record addressed as follows:

Grant B. Smith, Esq.
Nicholas D. Bedford, Esq.
Dennis, Corry, Smith & Dixon, LLP
900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339

I further certify that this pleading complies with LR5.1B as to font, spacing, and margins.

Respectfully submitted, this 25th day of August, 2021.

                                           AUSBAND & DUMONT

                                           */s/ Douglas C. Dumont//*
                                           Andrew C. Ausband
                                           Georgia Bar No. 028602
                                           Douglas C. Dumont
                                           Georgia Bar No. 232680
                                           Kathryn W. Carpenter
                                           Georgia Bar No. 576164

                                           *Attorneys for Plaintiffs*

825 Fairways Court
Suite 300
Stockbridge, GA 30281

(678) 593-3000
(678) 593-3015 Facsimile
andyausband@ausbandlaw.com
dougdumont@ausbandlaw.com
kcarpenter@ausbandlaw.com