IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAULINE DEMARCO and JOSEPH DEMARCO, <br><br> Plaintiffs, <br><br> v. <br><br> SHOAZIM RAKMANOV, and TRUCKINGEXPERTS, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 1:20-cv-04256-SDG |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE AND BRIEF IN SUPPORT**

COME NOW Plaintiffs Pauline and Joseph DeMarco, and file this Response in Opposition to Defendants' Motion to Set Aside, showing this Court as follows:

### I.   ARGUMENT AND CITATION OF AUTHORITY

Defense counsel asks this Court to (1) set aside the default judgment, and (2) set aside its October 5th hearing. This Court should not set aside the default judgment because this is well within its inherent powers and powers under Rule 37. The October 5, 2021, hearing has been postponed, so this request is moot.

A.  The Default Judgment Should Not Be Set Aside

Defense counsel's entire request to set aside the default judgment is based on their false belief this Court struck Defendants' answers and entered default under Rule 55. Their statement – "on August 13, 2021, the Court struck Defendants' Answer under Rule 55 (a)" – is wrong, and therefore, their Motion must be denied.

Reading this Court's August 13, 2021, Order, reveals this Court considered sanctions under Rule 37[1]. For example,

- "Rule 37 permits a district court to impose sanctions on a party that 'fails to obey an order to provide or permit discovery.'" [Doc. 92, p. 21] (citing Fed. R. Civ. P. 37(b)(2))

- "Among the options for an appropriate remedy, the district court may 'strike pleadings in whole or in part' or 'render[ ] a default judgment against the disobedient party.'" [Id.] (citing Fed. R. Civ. P. 37(b)(2)(A))

- "'Rule 37 does not require the vain gesture of first imposing those ineffective lesser sanctions.'" [Doc. 92, p. 22] (citation omitted)

Moreover, Rule 55 is never mentioned in the Court's Order. At all. It is also not mentioned in the Clerk's Default Judgment. [Doc. 93]

---

[1] As an alternative basis, this Court notes it could also sanction Defendants and enter default judgment under its inherent powers. [Doc. 92, n. 36]

Rule 37 clearly gives this Court and the Clerk authority to enter default judgment. Fed. R. Civ. P. 37 (b)(2)(A)(vi) gives this Court the power to render, "a default judgment against the disobedient party." Therefore, this Court's direction to the Clerk to enter default is appropriate.

B.   <u>Defense Counsel's Request to Set Aside the 10/5 Hearing is Moot</u>

This Court cancelled the October 5th hearing on September 16, 2021. To the extent this Court wants the parties to brief the right to a trial by jury, then Plaintiffs ask for an opportunity to do so.

## II.   CONCLUSION

This Court appropriately sanctioned Defendants under Rule 37 and default judgment was properly entered by the Clerk. Plaintiffs respectfully ask this Court to DENY Defendants' Motion to Set Aside.

Respectfully submitted, this 23rd day of September, 2021.

<div style="margin-left:50%">

AUSBAND & DUMONT

*/s/ Douglas C. Dumont//*
Andrew C. Ausband
Georgia Bar No. 028602
Douglas C. Dumont
Georgia Bar No. 232680

*Attorneys for Plaintiffs*

</div>

825 Fairways Court
Suite 300

Stockbridge, GA 30281
(678) 593-3000
(678) 593-3015 Facsimile
andyausband@ausbandlaw.com
dougdumont@ausbandlaw.com

## **CERTIFICATE OF SERVICE and COMPLIANCE WITH LR 5.1B**

I do hereby certify that I served a copy of the foregoing pleading by electronic service and/or sending a copy thereof by Statutory Overnight Delivery to counsel of record addressed as follows:

| | |
|---|---|
| Grant B. Smith, Esq.<br>Nicholas D. Bedford, Esq.<br>Dennis, Corry, Smith & Dixon, LLP<br>900 Circle 75 Parkway, Suite 1400<br>Atlanta, Georgia 30339 | Darren Summerville, Esq.<br>The Summerville Firm, LLC<br>1226 Ponce de Leon Ave., NE<br>Atlanta, GA 30306 |

I further certify that this pleading complies with LR5.1B as to font, spacing, and margins.

Respectfully submitted, this 23rd day of September, 2021.

AUSBAND & DUMONT

*/s/ Douglas C. Dumont//*
Andrew C. Ausband
Georgia Bar No. 028602
Douglas C. Dumont
Georgia Bar No. 232680

*Attorneys for Plaintiffs*

825 Fairways Court
Suite 300
Stockbridge, GA 30281
(678) 593-3000
(678) 593-3015 Facsimile
andyausband@ausbandlaw.com
dougdumont@ausbandlaw.com