IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAULINE DEMARCO and JOSEPH DEMARCO,  Plaintiffs,  v.  SHOAZIM RAKMANOV, and TRUCKINGEXPERTS, LLC,  Defendants. | CIVIL ACTION FILE NO.:  1:20-cv-04256-SDG |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND BRIEF IN SUPPORT

COME NOW Plaintiffs Pauline and Joseph DeMarco, and file this Response in Opposition to Defendants' Motion to Strike, showing this Court as follows:

Motions to strike are generally disfavored. *Robinson v. Wellstar Health Sys.*, 2021 U.S. Dist. LEXIS 123855, *6, 2021 WL 2678210 (N.D.Ga. 2021) (citing *Augustus v. Bd. of Pub. Instruction of Escambia Cty.*, 306 F.2d 862, 868 (5th Cir. 1962) (stating that motions to strike are disfavored); *Harty v. SRA/Palm Trails Plaza, LLC*, 755 F.Supp.2d 1215, 1218 (S.D. Fla. 2010) ("A motion to strike will usually be denied unless the

allegations have no possible relation to the controversy and may cause prejudice to one of the parties."); *Drew v. Quest Diagnostics*, 992 F. Supp. 2d 1177, 1182 (N.D. Ala. 2014); *Thompson v. Kindred Nursing Ctrs. E., LLC*, 211 F. Supp. 2d 1345, 1348 (M.D. Fla. 2002).

Defense counsel's failure to communicate several offers to settle this case is admissible for the purposes of this Motion. "Rule 408 bars settlements or offers to settle in order 'to prove liability for, invalidity of, or amount of a claim.'" *Barker v. Niles Bolton Assocs.*, 316 Fed. Appx. 933, 937 (11th Cir. 2009) (citing Fed. R. Evid. 408(a)). "The rule does not apply if the evidence is offered for another purpose." *Id.* (citing Rule 408(b)); *see also*, *e.g.*, *Guijosa-Silva v. Wendell Roberson Farms, Inc.*, 2012 U.S. Dist. LEXIS 33358, *13, 2012 WL 860394 (M.D.Ga. 2012) (Lawson, J.) ("As noted above, Rule 408 only bars the admission of evidence used 'to prove liability for, invalidity of, or amount of a claim.' If evidence is offered for another purpose, the Rule will not serve to preclude that evidence.") This evidence is not offered to prove liability for, invalidity of, or amount of a claim; instead, it is used to prove defense counsel has violated their ethical obligations to Defendants.

Regardless, this Court would be well within its broad powers to inquire whether defense counsel has communicated any offers of settlement to their clients. Indeed, district courts can order parties to mediate with magistrate judges [Standing Order, p. 12] and even hold extensive settlement conferences with the parties themselves. *See, e.g.*, *Sigma v. George*, 2008 U.S. Dist. LEXIS 135700, *63 (E.D.La. 2008). Defense counsel's failures to communicate settlement offers are admissible one way or another.

Plaintiffs respectfully ask this Court to DENY Defendants' Motion to Strike.

Respectfully submitted, this 23rd day of September, 2021.

                          AUSBAND & DUMONT

                          */s/ Douglas C. Dumont//*
                          Andrew C. Ausband
                          Georgia Bar No. 028602
                          Douglas C. Dumont
                          Georgia Bar No. 232680

                          *Attorneys for Plaintiffs*

825 Fairways Court
Suite 300
Stockbridge, GA 30281
(678) 593-3000
(678) 593-3015 Facsimile
andyausband@ausbandlaw.com
dougdumont@ausbandlaw.com

## **CERTIFICATE OF SERVICE and COMPLIANCE WITH LR 5.1B**

I do hereby certify that I served a copy of the foregoing pleading by electronic service and/or sending a copy thereof by Statutory Overnight Delivery to counsel of record addressed as follows:

| | |
|---|---|
| Grant B. Smith, Esq.<br>Nicholas D. Bedford, Esq.<br>Dennis, Corry, Smith & Dixon, LLP<br>900 Circle 75 Parkway, Suite 1400<br>Atlanta, Georgia 30339 | Darren Summerville, Esq.<br>The Summerville Firm, LLC<br>1226 Ponce de Leon Ave., NE<br>Atlanta, GA 30306 |

I further certify that this pleading complies with LR5.1B as to font, spacing, and margins.

Respectfully submitted, this 23rd day of September, 2021.

>AUSBAND & DUMONT
>
>*/s/ Douglas C. Dumont//*
>Andrew C. Ausband
>Georgia Bar No. 028602
>Douglas C. Dumont
>Georgia Bar No. 232680
>
>*Attorneys for Plaintiffs*

825 Fairways Court
Suite 300
Stockbridge, GA 30281
(678) 593-3000
(678) 593-3015 Facsimile
andyausband@ausbandlaw.com
dougdumont@ausbandlaw.com